**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Rockhill Insurance Company

                      Plaintiff,

v.                                                    Case No.: 1:24−cv−11214
                                                         Honorable Jeffrey I Cummings

John E. Reid and Associates, Inc., et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 22, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report which indicates that the parties have reached an agreement in principle to resolve this case. If the parties have not filed a joint stipulation to dismiss by 9/24/25, they shall file a joint status report on that date setting forth their efforts to memorialize the settlement agreement. The 8/25/25 tracking status hearing is stricken and re−set to 10/3/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.