085275.0347(207)          RMC:lab          No. 397

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **ROCKHILL INSURANCE COMPANY,** | )<br>) |
| **Plaintiff,** | )<br>) |
| | )   **Case No. 24-cv-11214** |
| v. | ) |
| | )   **Judge Jeffrey I. Cummings** |
| **JOHN E. REID AND ASSOCIATES, INC.,** | ) |
| an Illinois corporation, **MICHAEL** | )   **Magistrate Judge Maria Valdez** |
| **MASOKAS, KATELYN NEWEY** not | ) |
| individually but as **SPECIAL** | ) |
| **REPRESENTATIVE of THE ESTATE OF** | ) |
| **ARTHUR T. NEWEY,** Deceased, and | ) |
| **JEANNE OLSON** not individually but as | ) |
| **TRUSTEE OF THE WILLIAM AMOR** | ) |
| **REVOCABLE LIVING TRUST,** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS
### PURSUANT TO STIPULATION TO DISMISS

    Now comes the Plaintiff, Rockhill Insurance Company ("Rockhill"), by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and moves this Honorable Court to voluntarily dismiss this action pursuant to settlement and the Stipulation to Dismiss attached hereto as an exhibit.

    **WHEREFORE**, for the above stated reasons, the Plaintiff, Rockhill Insurance Company, requests that this Honorable Court grant its Motion and dismiss this action with prejudice and with each party to bear its own costs.

Respectfully submitted:

PRETZEL & STOUFFER, CHARTERED

By: /s/ Robert Marc Chemers
      Robert Marc Chemers

Robert Marc Chemers
Bar No. 0431508
PRETZEL & STOUFER, CHARTERED
200 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
Telephone:   (312) 578-7548
Fax:         (312) 346-8242
E-mail:  rchemers@pretzelstouffer.com
*Attorneys for Plaintiff*