**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Rockhill Insurance Company

                                          Plaintiff,

v.                                                                            Case No.: 1:24−cv−11214
                                                                             Honorable Jeffrey I Cummings

John E. Reid and Associates, Inc., et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 17, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's motion to voluntarily dismiss pursuant to the parties' stipulation to dismiss [43] is granted. The dismissal order entered on 12/10/25 is converted to a dismissal with prejudice with each party to bear its own costs. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.